1
2
3
4
5
6
7

**IN THE UNITED STATED DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **BIO MANAGEMENT NORTHWEST, INC,**<br>    a Washington State Corporation | Civil Action No.:   20-00670 |
| **JOHN STAVROS,**<br>    an individual | **COMPLAINT** |
| **GORDON WILSON,**<br>    an individual | **FEDERAL TRADEMARK INFRINGMENT; FEDERAL UNFAIR COMPETITION; COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION; AND VIOLATION OF THE WASHINGTON STATE CONSUMER PROTECTION ACT RCW 19.86, et. seq.** |
| Plaintiffs, | |
| vs. | |
| **WASHINGTON BIO SERVICES,**<br>    a Washington State Corporation | -   **JURY TRIAL DEMANDED** |
| **MICHAEL LERNER**<br>    an individual | |
| Defendants. | |

   COMES NOW the Plaintiffs, Bio Management Northwest, Inc. ("BMNW"), a corporation organized under the laws of the State of Washington; John Stavros, an

COMPLAINT
Page 1

**Tom Hendrickson**
SEATTLE PATENT GROUP
4020 148TH Ave NE, Suite D
REDMOND, WASHINGTON 98052
TELEPHONE (425) 202-7969
tom@seattlepatentgroup.com

individual, and Gordon Wilson, an individual, by and through their undersigned attorney, and for this Complaint alleges as follows:

## I.   PARTIES

1. Plaintiff Bio Management Northwest, Inc. (hereinafter "BMNW") is a corporation organized under the laws of the state of Washington with a principal place of business listed as 19215 SE 34th St; Ste 106-524; Camas, Washington, 98607; located in Clark County.

2. Plaintiff John Stravos (hereinafter "Stavros") resides in the city of Camas, Clark County, Washington.

3. Plaintiff Gordon Wilson (hereinafter "Wilson") resides in the city of Marblemount, Skagit County, Washington

4. Defendant Washington Bio Services, Inc. (hereinafter "WABS") is a corporation organized under the laws of the state of Washington with a principal place of business listed as 16106 NE 198th St; Woodinville, WA 98072-7016; located in King County.

5. Defendant Michael Lerner (hereinafter "ML") is believed to reside in the city of Woodinville, King County, Washington.

## II.   JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction under 28 U.S.C. §1331 and 15 U.S.C. §1121 because this action arises under the federal trademark and unfair competition laws of the United States, Title 15 Chapter 22 of the United States Code.

7. This Court has personal jurisdiction over Defendant because Defendant has conducted, and continues to conduct, business in this judicial district and, on information and belief, has engaged in activities related to Bio Management Northwest's claims of unfair competition and federal trademark infringement that establish minimum contacts with the State of Washington, including having

COMPLAINT
Page 2

Tom Hendrickson
SEATTLE PATENT GROUP
4020 148TH Ave NE, Suite D
REDMOND, WASHINGTON 98052
TELEPHONE (425) 202-7969
tom@seattlepatentgroup.com

committed acts of federal unfair competition and federal trademark infringement in this judicial district, and the exercise of personal jurisdiction over Defendant is reasonable and fair. Personal jurisdiction over Defendant may be established under Fed.R.Civ.P. 4(k)(1)(A) and/or Fed.R.Civ.P. 4(k)(2).

8. Venue is proper in this judicial district pursuant to 28 U.S.C. §1391.

### III.  COMMON ALLEGATIONS

9. Plaintiff Bio Management Northwest is a corporation registered under the laws of the State of Washington.

10. Plaintiff Bio Management Northwest is jointly owned by Plaintiffs John Stavros and Gordon Wilson.

11. Plaintiff specializes in Bio-hazard biological clean-up services, crime scene clean-up services, and hazardous waste clean-up services, and has been in business since May 1, 2017.

12. Plaintiff is the owner of the design plus words trademark registered on December 3, 2019 under Registration # 5925591. See the attached Exhibit-A.



13. A key feature of Plaintiff's mark is the use of a biohazard symbol placed on top of a police shield.

14. Defendant Michael Lerner is the sole owner of Defendant Washington Bio Services.

COMPLAINT
Page 3

Tom Hendrickson
SEATTLE PATENT GROUP
4020 148TH Ave NE, Suite D
REDMOND, WASHINGTON 98052
TELEPHONE (425) 202-7969
tom@seattlepatentgroup.com

15. Defendant Washington Bio Services was registered with the Washington Secretary of State on January 29, 2019 with the intent of providing waste management and remediation services.

16. Defendant Washington Bio Services has willfully, and deliberately made use of Plaintiff Bio Management Northwest's biohazard symbol placed on top of a police shield in the promotion of its services. See the attached Exhibit-B.

17. Defendant Michael Lerner is a former employee of Plaintiffs', having worked for Bio Management Northwest from _____ to _____, and thus was well aware of Plaintiffs' used of the biohazard on top of a police shield as a trademark.

18. Defendant Michael Lerner represented to prospective clients that Washington Bio Services was the same company as Bio Management Northwest, but that Washington Bio Services was simply a re-branding of Bio Management Northwest.

19. Defendant Michael Lerner deliberately used the biohazard on top of a police shield portion of the Plaintiff's trademark with the intent causing confusion as to the source, origin, and sponsorship of Defendants' services.

### IV.   COUNT I – FEDERAL TRADEMARK INFRINGEMENT OF REGISTRATION # 5925591

20. Plaintiffs repeat and reallege the allegations contained in paragraphs I through III as if fully set forth herein.

21. Defendants have used in interstate commerce, without authorization from Bio Management Northwest or its owners, the biohazard on top of a police shield mark that is a key feature of Plaintiffs' trademark in connection with the marketing, advertising, promotion, and sale of their services.

22. Defendant's use of the biohazard on top of a police shield is likely to have caused confusion, to have caused mistake, and/or to have deceived purchasers as to the source, of Defendants' services or as to Defendants' affiliation, connection, approval, sponsorship, or association with Bio Management Northwest.

COMPLAINT
Page 4

Tom Hendrickson
SEATTLE PATENT GROUP
4020 148TH Ave NE, Suite D
REDMOND, WASHINGTON 98052
TELEPHONE (425) 202-7969
tom@seattlepatentgroup.com

23. Defendant's actions constitute infringement of Bio Management Northwest's federally registered design plus words trademark in violation of Section 32(a) of the Lanham Act, 15 U.S.C. §1114.

24. Defendant's infringing conduct has caused damage to Bio Management Northwest's business, reputation, goodwill, profits, and the strength of Bio Management Northwest's federally registered trademark.

25. On information and belief, Defendants were actively aware of Bio Management Northwest's design plus words trademark when they began promoting their services, yet proceeded anyway to coopt the key feature of Plaintiff's biohazard symbol placed on top of a police shield mark in connection with their services, thus rendering Defendant's infringement willful and deliberate.

## V.   COUNT II – FEDERAL UNFAIR COMPETITION (FALSE DESIGNATION OF ORIGIN OR SPONSORSHIP)

26. Plaintiffs repeat and reallege the allegations contained in paragraphs I through IV as if fully set forth herein.

27. Bio Management Northwest's use of the biohazard symbol placed on top of a police shield trademark, which has been used in connection with Bio Management Northwest's services products since at least May 1, 2017, is inherently distinctive and has acquired secondary meaning through long and sustained use in interstate commerce and through substantial advertising, promotion, and sales.

28. Defendant has used the biohazard symbol placed on top of a police shield mark and is continuing to use that mark, in interstate commerce and without authorization from Bio Management Northwest in connection with the marketing, advertising, promotion, and sale of their services.

29. Defendant's use of the biohazard symbol placed on top of a police shield mark is likely to cause confusion, to cause mistake, and/or to deceive purchasers as to the source of Defendant's services or as to Defendant's affiliation, connection, approval, sponsorship, or association with Bio Management Northwest.

COMPLAINT
Page 5

Tom Hendrickson
SEATTLE PATENT GROUP
4020 148TH Ave NE, Suite D
REDMOND, WASHINGTON 98052
TELEPHONE (425) 202-7969
tom@seattlepatentgroup.com

30. Defendant's actions constitute false designation of origin and false representation in connection with the sale, distribution, and related interstate commercial activity of their services in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125.

31. Defendant's unfair competition in connection with the use of the biohazard symbol placed on top of a police shield mark in interstate commerce has caused, is causing, and will continue to cause damage to Bio Management Northwest's business, reputation, goodwill, profits, and the strength of the biohazard symbol placed on top of a police shield trademark.

32. On information and belief, Defendant was actively aware of Bio Management Northwest and its use of the biohazard symbol placed on top of a police shield trademark when they began selling their services, yet proceeded anyway to use the biohazard symbol placed on top of a police shield mark in connection with their services, and are continuing to promote and sell their services, thus rendering Defendant's engagement in unfair competition willful and deliberate.

## VI. COUNT III – COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

33. Plaintiffs repeat and reallege the allegations contained in paragraphs I through V as if fully set forth herein.

34. Defendant has used in interstate commerce, without authorization from Bio Management Northwest, the biohazard symbol placed on top of a police shield mark in connection with the marketing, advertising, promotion, and sale of their services.

35. Defendant's use of the biohazard symbol placed on top of a police shield mark is likely to cause confusion, to cause mistake, and/or to deceive as to the source of origin of Defendant's goods or services.

36. Defendants actions in the State of Washington constitute trademark infringement and unfair competition under the Common Law of Washington.

COMPLAINT
Page 6

Tom Hendrickson
SEATTLE PATENT GROUP
4020 148TH Ave NE, Suite D
REDMOND, WASHINGTON 98052
TELEPHONE (425) 202-7969
tom@seattlepatentgroup.com

37. Plaintiffs have been irreparably injured and will continue to be irreparably injured unless the conduct of Defendant in the State of Washington is preliminarily and permanently enjoined.

38. Upon information and belief, Defendant undertook the adoption of the biohazard symbol placed on top of a police shield mark willfully, or with reckless intention of trading upon the good will of Plaintiffs.

## VII. COUNT IV – VIOLATION OF THE WASHINGTON STATE CONSUMER PROTECTION ACT, RCW 19.86, et seq.

39. Plaintiffs repeat and reallege the allegations contained in paragraphs I through VI as if fully set forth herein.

40. On information and belief, Defendant has used in commerce, without authorization from Bio Management Northwest, the biohazard symbol placed on top of a police shield mark in connection with the marketing, advertising, promotion, and sale of their services.

41. Defendant's use of the biohazard symbol placed on top of a police shield mark is likely to cause confusion, to cause mistake, and/or to deceive as to the source of origin of Defendant's goods or services.

42. Defendant's actions in the State of Washington constitute trademark infringement and unfair competition under the Common Law of Washington and are therefore unfair or deceptive (misleading).

43. The public interest is affected by Defendants' continued and repeated deceptive conduct.

44. Plaintiffs has been irreparably injured and will continue to be irreparably injured unless the conduct of Defendant in the State of Washington is preliminarily and permanently enjoined.

Tom Hendrickson
SEATTLE PATENT GROUP
4020 148TH Ave NE, Suite D
REDMOND, WASHINGTON 98052
TELEPHONE (425) 202-7969
tom@seattlepatentgroup.com

45. Upon information and belief, Defendant undertook the adoption of the biohazard symbol placed on top of a police shield mark willfully or with reckless intention of trading upon the good will of Plaintiffs.

## VIII.   RELIEF REQUESTED

WHEREFORE Plaintiffs Bio Management Northwest, John Stavros, and Gordon Wilson respectfully request that this court enter a judgment that:

A.   Finds Defendant has infringed Bio Management Northwest's federally registered design plus words trademark registered on December 3, 2019 under Registration # 5925591 in violation of 15 U.S.C. §1114;

B.   Orders Defendant to recall and surrender for destruction all products, advertisements, and other materials and uses constituting trademark infringement or unfair competition against Plaintiffs' rights;

C.   Orders Defendant and any affiliated officers, directors, agents, servants, employees, successors, assigns, and all persons in active concert or participation with them, be permanently enjoined from infringing Bio Management Northwest's design plus words trademark registered on December 3, 2019 under Registration # 5925591.

D.   Awards to Bio Management Northwest profits gained by Defendants as a result of Defendant's federal trademark infringement and federal unfair competition, increased to an amount this court deems just, pursuant to 15 U.S.C. §1117;

E.   Awards to Bio Management Northwest actual damages sustained as a result of Defendant's federal trademark and federal unfair competition, increased by and up to three times, pursuant to 15 U.S.C. §1117;

F.   Awards to Bio Management Northwest statutory damages and attorney's fees, pursuant to 15 U.S.C. §1117;

G.   Awards to Bio Management Northwest costs and any additional damages to which Bio Management Northwest is entitled as a result of Defendants' trademark infringement and unfair competition;

COMPLAINT
Page 8

Tom Hendrickson
SEATTLE PATENT GROUP
4020 148TH Ave NE, Suite D
REDMOND, WASHINGTON 98052
TELEPHONE (425) 202-7969
tom@seattlepatentgroup.com

H.  Awards to Bio Management Northwest costs, pre-judgment and post-judgment interest at the maximum allowable rate, fees, and other such further relief as the Court deems just and proper.

I.  Awards to Bio Management Northwest treble damages and attorney's fees as allowed by RCW 19.86.090.

DATED this 4th day of May, 2020.

Respectfully submitted,

By __/s/ Tom Hendrickson_____
TOM HENDRICKSON, WSBA# 41832
Attorney for the Plaintiffs
SEATTLE PATENT GROUP
4020 148th Ave NE, Suite D
Redmond, WA 98052
(425) 202-7969
Tom Cell:  (253) 256-2091
tom@seattlepatentgroup.com

COMPLAINT

Page 9

**Tom Hendrickson**
SEATTLE PATENT GROUP
4020 148TH Ave NE, Suite D
REDMOND, WASHINGTON 98052
TELEPHONE (425) 202-7969
tom@seattlepatentgroup.com

**JURY TRIAL DEMANDED**

Bio Management Northwest demands a jury trial on all issues so triable.

DATED this 15th day of April, 2020.

                                               Respectfully submitted,

                                               By   /s/ Tom Hendrickson

TOM HENDRICKSON, WSBA# 41832
Attorney for the Plaintiffs
SEATTLE PATENT GROUP
4020 148th Ave NE, Suite D
Redmond, WA 98052
(425) 202-7969
Tom Cell:  (253) 256-2091
tom@seattlepatentgroup.com

COMPLAINT
Page 10

**Tom Hendrickson**
SEATTLE PATENT GROUP
4020 148TH Ave NE, Suite D
REDMOND, WASHINGTON 98052
TELEPHONE (425) 202-7969
tom@seattlepatentgroup.com