UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BIO MANAGEMENT NORTHWEST INC et al., <br><br>    Plaintiffs, <br><br> v. <br><br> WASHINGTON BIO SERVICES et al., <br><br>    Defendants. | CASE NO. C20-670 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has received Plaintiffs' Unopposed Motion for Permission to Serve by Mail (Dkt. No. 9). Finding that Plaintiffs have failed to submit the exhibits and declarations referenced in their Motion, the Court is unable to issue a ruling at this time. Plaintiffs are therefore ORDERED to submit the supporting exhibits and declarations within seven days of the date of this Order, or their Motion will be stricken.

MINUTE ORDER - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed June 12, 2020.

William M. McCool
Clerk of Court

s/Lowell Williams
Deputy Clerk

MINUTE ORDER - 2