## IN THE UNITED STATED DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **BIO MANAGEMENT NORTHWEST, INC,**<br>　a Washington State Corporation | Civil Action No.:   2:20-cv-00670-MJP |
| **JOHN STAVROS,**<br>　an individual | **ORDER GRANTING PLAINTIFFS' (EX PARTE) MOTION TO SERVE BY MAIL** |
| **GORDON WILSON,**<br>　an individual | |
| 　　　　　　　　　　　　Plaintiffs, | |
| 　　　　vs. | |
| **WASHINGTON BIO SERVICES,**<br>　a Washington State Corporation | |
| **MICHAEL LERNER**<br>　an individual | |
| 　　　　　　　　　　　　Defendants. | |

TO:  THE CLERK OF THE COURT

ORDER Page 1

**Tom Hendrickson**
SEATTLE PATENT GROUP
4020 148TH Ave NE, Suite D
REDMOND, WASHINGTON 98052
TELEPHONE (425) 202-7969
tom@seattlepatentgroup.com

This matter having come before the Court upon Plaintiffs' (Ex Parte) Motion to Serve by Mail and the Court having reviewed the files and records herein, and being fully advised in the premises, and after hearing the argument of counsel, the Court hereby finds as follows:

1. Based upon the foregoing facts, and the files and records in this case, IT IS HEREBY ORDERED as follows:

    a. Plaintiffs' (Ex Parte) Motion to Serve by Mail is granted;

    b. Plaintiffs may serve Defendants via USPS First Class and Registered Mail to the following addresses:

        i. 16106 NE 198th St.; Woodinville, WA 98072; and

        ii. 218 Main St; Ste. 946; Kirkland, WA 98033

DATED this 17th day of June, 2020.

_____
Judge Marsha J. Pechman

Presented by:

  /s/ Tom Hendrickson
TOM HENDRICKSON, WSBA# 41832
Attorney for the Defendants
SEATTLE PATENT GROUP

ORDER Page 2

**Tom Hendrickson**
SEATTLE PATENT GROUP
4020 148TH Ave NE, Suite D
REDMOND, WASHINGTON 98052
TELEPHONE (425) 202-7969
tom@seattlepatentgroup.com