UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BIO MANAGEMENT NORTHWEST INC, et al.<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON BIO SERVICES, et al.<br><br>Defendants. | CASE NO. C20-670 MJP |
| BIO MANAGEMENT NORTHWEST, INC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>USA BIOSERVICES LLC, et al.,<br><br>Defendants. | CASE NO. C20-5821 MJP<br><br>ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE |

This matter comes before the Court on the Parties' Stipulated Motion to Consolidate the above-captioned matters. (Dkt. No. 29.) Having reviewed the stipulated motion, the Court

ORDER GRANTING STIPULATED CONSOLIDATION - 1

1  GRANTS the request and consolidates these two matters in a single action under the case

2  number C20-670.  All future filings should be entered under the following case caption, <u>Bio

3  Management Northwest, Inc. et al. v. Washington Bio Services, et al.</u>, C20-670 MJP.

4      The clerk is ordered to provide copies of this order to all counsel.

5      Dated November 17, 2020.

                                                Marsha J. Pechman
                                                United States District Judge