UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BIO MANAGEMENT NORTHWEST INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON BIO SERVICES, et al., <br><br> Defendants. | CASE NO. C20-670 MJP <br><br> ORDER DENYING STIPULATED MOTION FOR CONTINUANCE |

This matter comes before the Court on the Parties' Stipulated Motion for 60-Day Continuance of Discovery. (Dkt. No. 38.) Having reviewed the Motion and the existing case schedule, the Court DENIES the Motion without prejudice.

Trial is set for November 29, 2021 with a dispositive motion deadline of August 2, 2021. The Parties request a 60-day extension of the discovery deadline from July 2, 2021, to September 2, 2021. The Parties' proposed extension of the discovery deadline is impracticable because it would permit discovery to occur after any summary judgment motions have been filed. Unless

ORDER DENYING STIPULATED MOTION FOR CONTINUANCE - 1

the Parties wish to forego dispositive motions, this proposed extension is procedurally inappropriate. Additionally, the Parties have failed to provide any reason why the extension is necessary. The stipulated motion contains a single conclusory statement that the parties agree more time is needed for discovery, but it does not say why. The Motion provides no basis for the Court to assess whether there is good cause to grant the request. The Court therefore DENIES the Motion without prejudice to cure the above-noted deficiencies. The Parties should be aware that the Court cannot extend the dispositive motion deadline beyond September 2, 2021 without altering the trial date, and that the first available new trial dates are in June 2022.

The clerk is ordered to provide copies of this order to all counsel.

Dated July 26, 2021.

Marsha J. Pechman
United States Senior District Judge